# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | 1:11-CV-01618 AWI BAM HC |
| Petitioner, | ORDER DISMISSING MOTION FOR COURT ORDER TO EXTEND TIME |
| v. | [Doc. #9] |
| JAMES D. HARTLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 23, 2011, Petitioner filed the instant habeas petition in this Court. On October 31, 2011, he filed a motion requesting a court order to extend time. Petitioner does not state why an extension of time is needed, and there are presently no deadlines pending.

Accordingly, Petitioner's request for court order to extend time is DENIED.

IT IS SO ORDERED.

Dated: **November 8, 2011**            **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE